**Order entered November 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00816-CV

**TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, Appellant**

**V.**

**BILLY THOMPSON, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00557**

## ORDER

Before the Court is appellant's November 18, 2016 second unopposed motion for an extension of time to file appellant's brief. We **GRANT** appellant's motion.

We **ORDER** the brief be filed no later than December 21, 2016.

/s/    ELIZABETH LANG-MIERS
        JUSTICE